UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| JOSE ALVAREZ, et al. | ) ) ) | |
| Plaintiffs, on behalf of themselves and all similarly situated individuals, | ) ) ) ) | |
| v. | ) ) ) | Civil Action No. 13-cv-602 (KBJ) |
| KEYSTONE PLUS CONSTRUCTION CORPORATION, et al., | ) ) ) ) | |
| Defendants. | ) ) | |

**ORDER GRANTING FINAL APPROVAL OF THE SETTLEMENT**

Upon consideration of the parties' Joint Motion for Final Approval of the Settlement (ECF No. 16), and for the reasons set forth in the accompanying Memorandum Opinion, the Court finds that the proposed class meets the requirements of both Rule 23(a) and Rule 23(b)(3), and the proposed settlement—including the provisions for attorney's fees—is fair, reasonable, and adequate. Accordingly, it is hereby

**ORDERED** that the parties' Joint Motion for Final Approval of Settlement is **GRANTED**. It is

**FURTHER ORDERED** that the settlement agreement attached as Exhibit A to the parties' Joint Motion for Final Approval of the Settlement is approved, and the terms of the settlement are expressly incorporated into this Order. It is

**FURTHER ORDERED** that Class Counsel shall file a status report or a stipulation of dismissal within 131 days of the issuance of this Order.

**SO ORDERED.**

Date: April 11, 2014

*Ketanji Brown Jackson*
KETANJI BROWN JACKSON
United States District Judge