IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| JOSE ALVAREZ, et al.<br><br>        Plaintiffs,<br><br>v.<br><br>KEYSTONE PLUS CONSTRUCTION CORPORATION, et al.<br><br>        Defendants. | Civil Action No. 1:13-cv-00602-KBJ |

**CONSENT MOTION FOR CY PRES AWARD OF REMAINING SETTLEMENT FUNDS**

The parties have distributed the settlement funds prescribed by the Settlement Agreement (ECF No. 13-1) to all but one of the 47 class members. Despite the parties' best efforts, they have been unable to locate one of the class members, to whom $204.92 is owed pursuant to the Settlement Agreement.

According to the Settlement Agreement, these funds are now held in trust by defendants — and they will revert to defendants if plaintiffs do not move the Court to award these funds to an appropriate *cy pres* recipient.

Accordingly, plaintiffs move the Court to award these funds to the Central American Resource Center (website: http://www.carecendc.org/), a local 501(c)(3) that provides support to the Latino community in the D.C. metropolitan area.

Courts have "broad discretionary powers in shaping equitable decrees for distributing unclaimed class action funds." *Diamond Chem. Co. v. Akzo Nobel Chems. B.V.*, 2007 U.S. Dist. LEXIS 49406 at *7 (D.D.C. July 10, 2007) (quoting *Six (6) Mexican Workers v. Arizona Citrus*

*Growers*, 904 F.3d 1301, 1307 (9th Cir. 1990) (citing *Van Gemert v. Boeing Co.*, 739 F.2d 730, 737 (2d Cir. 1984)).

In past cases, this Court has considered the following four factors in determining the appropriateness of a *cy pres* recipient: "(1) the objectives of the underlying statute(s), (2) the nature of the underlying suit, (3) the interests of the class members, and (4) the geographic scope of the case." *Diamond Chem. Co.*, 2007 U.S. Dist. LEXIS 49406 at *7 (D.D.C. July 10, 2007) (citing *Schwartz v. Dallas Cowboys Football Club, Ltd.*, 362 F. Supp. 2d 574, 578 (E.D. Pa.2005) (quoting *In re Airline Ticket Comm'n Antitrust Litig.*, 307 F.3d 679, 682 (8th Cir. 2002))

Plaintiffs submit that, by these criteria, the Central American Resource Center is an ideal recipient for the unclaimed settlement funds in this case. This action was brought under the Fair Labor Standards Act and the D.C. Wage Payment and Collection Law, statutes designed to protect the interests of low- to moderate-income workers. Moreover, the plaintiffs are almost all working class individuals of Latino descent who reside in the D.C. metropolitan area. This aligns nicely with the mission of the Central American Resource Center, which as stated on its website, is:

> [T]o foster the comprehensive development of the Latino population in the Washington metropolitan region by providing direct legal services, housing counseling, citizenship education, and community economic development, while promoting grassroots empowerment, civic engagement, and civil rights advocacy.

For the foregoing reasons, plaintiffs respectfully request that the Court order the defendants to turn over all unclaimed settlement funds to undersigned class counsel, so that he may in turn give these funds to the Central American Resource Center.

Date: 10/08/2014	Respectfully submitted,

<u>/s/ Justin Zelikovitz</u>
Justin Zelikovitz, #986001
LAW OFFICE OF JUSTIN ZELIKOVITZ, PLLC
519 H Street, NW; Second Floor
Washington, DC 20001
Phone: (202) 803-6083
Fax: (202) 683-6102
justin@dcwagelaw.com

*Counsel for Plaintiffs/Class Counsel*