**IN THE UNITED STATES DISTRICT COURT FOR**
**THE DISTRICT OF COLUMBIA**

JOSE ALVAREZ, et al.

             Plaintiffs,

v.                                                            Civil Action No. 1:13-cv-00602-KBJ

KEYSTONE PLUS CONSTRUCTION
CORPORATION, et al.

             Defendants.

**CONSENT MOTION TO CLOSE CASE**

Pursuant to Fed. R. Civ. P. 23(e), and the court-approved Settlement Agreement (ECF No. 13.1), the Defendants move to close this action.  Defendants have fulfilled all their obligations under the Settlement Agreement, including timely making all payments required.

Undersigned counsel is authorized to state that Plaintiffs consent to this Motion.

Date: 11/12/2014                    Respectfully submitted,

   _/s/ Douglas B. Mishkin
Douglas B. Mishkin (DC Bar No. 338590)
Venable LLP
575 7th Street, NW
Washington, DC  20004
Telephone: (202) 344-4491
Facsimile: (202) 344-8300
dmishkin@venable.com

*Counsel for Defendant Keystone Plus Construction
Corporation, et al.*

**CERTIFICATE OF SERVICE**

     I HEREBY CERTIFY that on this 12th day of November, 2014, a true and complete copy of the attached Consent Motion to Close Case and Proposed Order were electronically filed in this case, which caused the following counsel to be served by electronic means:

Justin Derek Zelikovitz
Law Offices of Justin Zelikovitz, PLLC
519 H Street, NW
2nd Floor
Washington, DC  20001
(202) 803-6083
(202) 683-6102 (facsimile)
justin@dcwagelaw.com

     _/s/ Douglas B. Mishkin